LODGED

2006 JUL 25 PM 2:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ MM

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUL 3 1 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**DENIED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOHN DEHAAN, CHERI FREEDMAN, individually and on behalf of all other persons similarly situated,

Plaintiffs,

vs.

MJM INVESTIGATIONS, INC., a North Carolina Corporation; MICHAEL J. MALONE, an Individual, and DOES 1 through 10, inclusive,

Defendants.

Case No.:  ED CV 05 – 868 RGK (~~SGLx~~) (OPx)

Hon. Judge R. Gary Klausner
Courtroom 850

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR APPROVAL OF RULE 23 NOTICE TO CERTIFIED CLASS MEMBERS**

**HEARING SCHEDULE:**

**DATE:  To Be Set**
**TIME:  To Be Set**
**ROOM: 850**

**GOOD CAUSE APPEARING,** the Court GRANTS Plaintiffs' *Ex Parte* Application For Court Approval of Rule 23 "Opt-Out" Notice to the Certified Class Members.  The Court specifically Orders the following:

///

///

///

DOCKETED ON CM

AUG 1 - 2006

BY _____ 021

1

1    (1)  The Proposed Notice attached to Plaintiffs' Application is fair and

2    balanced, and the Court hereby approves it for dissemination to all Class Members

3

4    who were (or are) employed by MJM as Investigators in California from September

5    15, 2001 to the Present; and

6
     (2)  Defendant MJM Investigations is Ordered to produce a list of the names
7

8    and last-known addresses of all such Class Members to Class Counsel within 10

9    days of execution of this Order.  If such a list has been previously provided, MJM

10
     Investigation will immediately confirm this in writing to Class Counsel.
11

12   The ex parte application is denied without prejudice because the
13   proposed Notice is overbroad and does not accurately define the
     conditionally certified UCL Class. Plaintiffs' counsel may resubmit
14   a revised Notice to the Court within 14 days of this Order.

15   Dated: July ____, 2006          _____DENY_____
16                                           Hon. Judge R. Gary Klausner
                                             United States District Court
17                                           Central District of California

18

19

20

21

22

23   Prepared by:
24   Aashish Y. Desai, Esq. (SBN 187394)
     MOWER, CARREON & DESAI, LLP
25   8001 Irvine Center Drive, Suite 1450
26   Irvine, CA 92618
     Telephone:  (949) 474-3004
27   Facsimile:   (949) 474-9001

28

2

1

PROOF OF SERVICE

C.C.P. §§ 1013A and 2015.5

2

3   STATE OF CALIFORNIA, COUNTY OF ORANGE

4          I am employed in the county of Orange, State of California. I am
over the age of 18 and not a party to the within action; my business address is

5   8001 Irvine Center Drive, Suite 1450, Irvine, California 92618. On July 25, 2006,
I served the foregoing document described as **[PROPOSED] ORDER**

6   **GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR APPROVAL
OF RULE 23 NOTICE TO CERTIFIED CLASS MEMBERS**

7   on the interested parties in this action by placing a true copy thereof enclosed in a
sealed envelope addressed as follows:

8
**Counsel for Defendants, MJM INVESTIGATIONS, INC., and MICHAEL J.
MALONE:**

9   SEYFARTH SHAW LLP
George Preonas, Esq. (SBN 58921)

10  Allan Ono, Esq. (SBN 130763)
Todd C. Hunt, Esq. (SBN 174449)

11  2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063

12  Tel:  (310) 277-7200
Fax: (310) 201-5219

13

14  SHANAHAN LAW GROUP
Kieran Shanahan, Esq.

15  Brandon S. Neuman, Esq.
207 Fayetteville Street Mall

16  Raleigh, North Carolina 27601
Tel: (919) 856-9494

17  Fax: (919) 856-9499

18
**BY MAIL** – I deposited such envelope in the mail at Irvine, California. The

19  envelope was mailed with postage thereon fully prepaid. I am readily familiar with
the firm's practice of collection and processing correspondence for mailing. Under

20  that practice, it would be deposited with the U.S. Postal service on that same day
with postage thereon fully prepaid at Irvine, California in the ordinary course of

21  business. I am aware that on motion of the party served, service is presumed
invalid if postal cancellation date or postage meter date is more than one day after

22  date of deposit for mailing in affidavit.

23  **BY FACSIMILE** – I sent the above document from facsimile machine (949) 474-
9001 on July 25, 2006. I certify that said transmission was completed and that all

24  pages were received and that a report was generated which confirms transmission
and receipt.

25
       I declare under penalty of perjury under the laws of the United States of

26  America that the above is true and correct.

27                                   _____

28                                          Donald Corbett

3
