AASHISH Y. DESAI (SBN 187394)
MOWER, CARREON & DESAI, LLP
8001 IRVINE CENTER DRIVE, SUITE 1450
IRVINE, CA 92618
TEL: 949-474-3004
FAX: 949-474-9001
EMAIL: DESAI@MOCALAW.COM

ATTORNEYS FOR PLAINTIFF JOHN DEHAAN

FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2006
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DEHAAN, CHERI FREEDMAN, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MJM INVESTIGATIONS, INC., a North Carolina Corporation, MICHAEL J. MALONE, an Individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. ED CV 05-868 RGK (OPx) <br><br> Hon. Judge R. Gary Klausner <br> Courtroom 850 <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFF JOHN DEHAAN'S CLAIMS WITH PREJUDICE** <br><br> Trial: October 31, 2006 <br> Time: 9:00 a.m. <br> Room: 850 <br><br> Complaint Filed: Sept. 15, 2005 |

✓ Docketed
___ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

DOCKETED ON CM
NOV - 2 2006
BY            004

350

STIPULATION AND ORDER TO DISMISS
DEHAAN'S CLAIMS WITH PREJUDICE

LA1 6605212.1 / 39278-000003

1  IT IS HEREBY STIPULATED by and between the parties to this action that
2  plaintiff John DeHaan's claims in the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to Fed.R.Civ.Proc. 41(a)(1).

4  DATED: October 31, 2006          MOWER, CARREON & DESAI, LLP

6                                    By: _____
                                         Aashish Y. Desai
7                                    Attorneys for Plaintiff
                                     JOHN DEHAAN

8  DATED: October 26, 2006          SEYFARTH SHAW LLP

11                                   By _____
                                        Allan S. Ono
12                                   Attorneys for Defendant
                                     MJM INVESTIGATIONS, INC

13     IT IS SO ORDERED.

15  Dated: **OCT 3 1 2006**          _____
                                     THE HONORABLE R. GARY KLAUSNER
16                                   UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION AND ORDER TO DISMISS
DEHAAN'S CLAIMS WITH PREJUDICE**

LA1 6605212.1 / 39278-000003